# MEMORANDUM DECISIONS

**ABE BRILL CO., Appellant, v. PATTEE, Respondent, et al.** (Supreme Court, Appellate Division, First Department. February 20, 1914.) Appeal from Trial Term, New York County. Action by the Abe Brill Company against John G. Pattee, impleaded, etc. From a judgment dismissing the complaint at the close of plaintiff's case upon a trial, plaintiff appeals. Reversed, and new trial ordered. I. N. Jacobson, of New York City, for appellant.

PER CURIAM. We think the evidence offered by the plaintiff to prove the condition of the accounts at the time the representations were made, and excluded by the court, was competent, as tending to show the falsity of the representations made by the defendant which were directly connected with the purchase of the bill of goods in question. It follows that the judgment appealed from must be reversed, and a new trial ordered, with costs to the appellant to abide the event.

McLAUGHLIN, J., dissents, upon the ground that the offer to prove on the 31st of December, 10 days after the letter in which it is claimed a false statement was made, did not establish that the statement was false at the time it was made.

---

**AINSWORTH, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.** (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Appeal from Trial Term, Albany County. Action by Effie M. Ainsworth, as administratrix of William I. Ainsworth, deceased, against the New York Central & Hudson River Railroad Company. From a judgment on an assessment of damages in favor of plaintiff for $20,345.50, and from an order denying a motion to set aside the award and assessment of damages and for a new assessment of damages, defendant appeals. Reversed, and new trial granted, unless plaintiff stipulates to reduce the recovery. See, also, 151 App. Div. 332, 135 N. Y. Supp. 474. Visscher, Whalen & Austin, of Albany (William L. Visscher, of Albany, of counsel), for appellant. Richard O. Bassett and Thomas Francis Woods, both of Albany, for respondent.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $12,000, and if she so stipulates the judgment is modified, and, as so modified, judgment and order affirmed, without costs.

WOODWARD, J. (dissenting). I vote to affirm this judgment, and expressly dissent from that part of the decision which provides for a reduction of the amount of the recovery. In my judgment, this is not a case calling for any such action by this court. The plaintiff's intestate was a man 42 years of age, intelligent, fairly well educated, sober, and industrious, a respected member of society. He was actually earning at the time of his death $1,200 per annum, and had all the chances of a good American citizen to increase this amount indefinitely. He left a widow and two young children, the latter of the ages of 12 and 7 years, respectively. The breadwinner of this family is dead by the negligent act of the defendant. The actual financial loss possibly largely exceeds the recovery, and the loss to these children of the companionship, advice, counsel, and guidance of a good father is difficult to overestimate. A jury of 12 men has fixed what I regard as a reasonable sum. The litigation has been protracted and expensive, and I do not think the alternative should be forced upon the plaintiff of accepting a reduction or the burden of a new trial.

HOWARD, J., concurs.

---

**ALLEN v. BECKER et al.** (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Horace G. Allen, as executor, etc., against Neal D. Becker, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

**ALLEN, Respondent, v. CITY OF NEW YORK, Appellant.** (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Robert L. Allen against the City of New York. No opinion. Motion for reargument (of 160 App. Div. 534, 145 N. Y. Supp. 1022) denied, without costs.

---

**ALTHAUSE v. UNITED STATES STEEL CORPORATION.** (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Walter Althause against the United States Steel Corporation. With this case have been consolidated in this court cases bearing titles as follows: Walter Althause v. Richard Trimble; William Theile v. United States Steel Corporation; Same v. Richard Trimble. No opinions. Motions granted. Orders filed. See, also, 145 N. Y. Supp. 1111.

---

**AMERICAN STONE RENOVATING & STUCCO CO. v. GARVER et al.** (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by the American Stone Renovating & Stucco Company against John A. Garver and others.

PER CURIAM. Judgment, in so far as appealed from, affirmed, with costs, on authority of Toop v. Smith, 181 N. Y. 283, 287, 73 N. E. 1113.

JENKS, P. J., taking no part.